```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| FRANCIS HOWLEY and<br>CANDICE HOWLEY,<br>          Plaintiffs,<br><br>     v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br>          Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil A. No. 09-241(NLH)(JS)<br><br><br><br>**ORDER** |

**APPEARANCES**:

GREGORY JOSEPH GORSKI, ESQ.
JOHN SOUMILAS, ESQ.
FRANCIS & MAILMAN, P.C.
LAND TITLE BUILDING, 19TH FLOOR
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110
          On behalf of plaintiffs


DOROTHY A. KOWAL
PRICE, MEESE, SHULMAN & D'ARMINIO, PC
MACK-CALI CORPORATE CENTER
50 TICE BOULEVARD
WOODCLIFF LAKE, NJ 07677

     and
MICHAEL G. MORGAN, ESQ.
JONES DAY
555 SOUTH FLOWER STREET, 50TH FLOOR
LOS ANGELES, CA 90071
*Admitted pro hac vice*

     and
GEORGE E. SPENCER, ESQ.
JONES DAY
222 E 41ST STREET
NEW YORK, NY 10017
*Admitted pro hac vice*
          On behalf of defendant

**HILLMAN**, District Judge

For the reasons expressed in the Court's Opinion filed on this date,

**IT IS HEREBY ORDERED** this  27th   day of   September  , 2011, that defendant's Motion for Summary Judgment [41] is **DENIED,** and defendant's Motion to Preclude Purported hearsay statements by F. Firlein & Opinion as to Causation of Plaintiff's Retained Witness E. Hendricks[48] is **GRANTED IN PART AND DENIED IN PART, WITHOUT PREJUDICE.**

 S/Noel L. Hillman 

At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.